June Mooney, appellee, v. Metropolitan Life Insurance Company, appellant. Gen. No. 37,062.

Opinion filed February 5, 1934.

Hoyne, O'Connor & Rubinkam, for appellant. John A. Bloomingston, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Frank J. Broucek, appellant, v. John H. Ehardt, appellee. Gen. No. 37,133.

Opinion filed February 5, 1934.

John A. Cooke and Morris J. Drezner, for appellant; John F. Lax, of counsel. Ben Aronin, for appellee; Ely R. Harelik, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Cornelius Burke, appellant, v. Continental Life Insurance Company of St. Louis, Missouri, appellee. Gen. No. 37,151.

Opinion filed February 5, 1934.

Owens & Owens, for appellant. W. T. ApMadoc, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.